UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
FEB 0 3 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR08-50145 |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| ALLEXANDER KLYNSMA, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on November 9, 2009, ordering Defendant Allexander Klynsma to forfeit certain property (the Subject Property), specified as:

> Homemade computer tower containing: 250 GB Western Digital HDD Serial Number WMANK1485858 and 250 GB Western Digital HDD Serial Number WCANK4124338.

Notice of the Preliminary Order of Forfeiture was given by publication from November 16, 2009, through and including December 15, 2009; on November 10, 2009, notice was mailed to Occupant, [address redacted], Rapid City, South Dakota, by first-class mail, postage prepaid. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: Feb 1, 2010

BY THE COURT:

RICHARD H. BATTEY
United States District Judge